JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TERALD SMITH,

        Plaintiff,

v.

DISCOVER BANK; GURSTEL LAW FIRM, P.C.; ABC LEGAL SERVICES, LLC; and DOES 1 through 10, inclusive,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:25-cv-05633-FMO-MAA

**ORDER ON STIPULATION [29] RE: DISMISSAL OF ACTION WITH PREJUDICE**

Pursuant to the stipulation between Plaintiff and all Defendants, this Court having considered the stipulation hereby dismisses this action with prejudice as to the entire case. Each party to bear its own fees and costs.  This Dismissal shall conclude this entire action.

IT IS SO ORDERED

DATE: February 11, 2026      BY: ____/s/  Fernando M. Olguin_____
                             UNITED STATES DISTRICT JUDGE